UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 11 B 50284
                                          CHAPTER 13
MIZEL N BROOKS
                                          JUDGE JACQUELINE P COX

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 7 | 1202 3321 | $7,058.12 | $7,058.12 | $7,058.12 |
| Total Amount Paid by Trustee | | | | | $7,058.12 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          __  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 11-50284-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 19th day of May, 2015.


Debtor:
MIZEL N BROOKS
10726 S LOWE AVE
CHICAGO, IL  60628-3110

Attorney:
BAUCH & MICHAELS
53 W JACKSON BLVD STE 1115
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL  60527

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL  33416

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA  71203

Mortgage Creditor:
LITTON LOAN SVC
% TERRI M LONG
18201 MORRIS AVE
HOMEWOOD, IL  60430

Mortgage Creditor:
OCWEN LOAN SERVICING
% RANDALL S MILLER &
ASSOCIATE
120 N LASALLE ST #1140
CHICAGO, IL  60602

Mortgage Creditor:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL  33409

ELECTRONIC SERVICE - United States Trustee


Date:  May 19, 2015

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603